DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAGNA BUSINESS, L.L.C.,** et al.,
Appellants,

v.

**TRITON STONE HOLDINGS, L.L.C.,** et. al.,
Appellees.

No. 4D21-3233

[April 27, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. CACE18-006014.

Keith T. Grumer of Grumer Law, P.A., Weston, for appellants.

Christopher N. Bellows of Holland & Knight LLP, Miami, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***